IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   No. 4:12CR00126-03 JLH

GAVIN WHITE

## ORDER

The motion of the United States of America to dismiss the indictment as to Gavin White is GRANTED.  Document #76.  The pending charges against White are hereby dismissed.

IT IS SO ORDERED this 9th day of May, 2013.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE